

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00423-CV

**IN THE INTEREST OF A.T.H., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01435
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating parental rights. The court reporter has filed a notification of late reporter's record requesting an extension of twenty-four days. Texas Rule of Appellate Procedure 35.3(c) provides that we may not extend the deadline to file the reporter's record by more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Therefore, we GRANT IN PART the court reporter's request for an extension and ORDER the court reporter to file the reporter's record **on or before July 16, 2018**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court